AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Graham, James L. | 2. Court or Organization<br><br>U.S. District Court, SD/OH | 3. Date of Report<br><br>05/09/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>169 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 28 A II: 06 FINANCIAL DISCLOSURE OFFICE

Graham_James_L

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by ████████ Partnership-Item 3-Part VII | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apt Bldgs-Gahanna, OH (Franklin Co)Acq. -4/5/02 Cost $425865 | F | Rent | O | R | | | | | |
| 2. ▮▮▮▮ P/S Farm land (▮▮▮▮ -Franklin Co. Ohio | D | Rent | O | Q | | | | | |
| 3. Huntington National Bank-Checking & Savings Accounts | A | Interest | J | T | | | | | |
| 4. Gold & Silver Coins | | None | K | T | Sold (part) | 10/10 | J | D | |
| 5. Merrill Lynch Bank USA | A | Interest | | | Closed | 0725 | J | | |
| 6. ML Institutional Tax Exempt(Merrill Lynch Bk & Tr) | A | Interest | | | Transferred (to line 7) | | | | |
| 7. Evergreen Muni Money Market Fund | B | Dividend | L | T | Transferred (from line 6) | 07/25 | L | | |
| 8. Gahanna Jefferson LSD-4.75% due 12/01/21 | B | Interest | K | T | Buy | 03/19 | K | | |
| 9. Ohio St Ser A-5% due 06/15/09 | C | Interest | M | T | Buy | 01/08 | M | | |
| 10. Ohio ST Common Schools - 5% Due 06/15/09 | C | Interest | M | T | | | | | |
| 11. Ohio St Bldg Auth Adult Corr - 5.25% Due 10/01/18 | B | Interest | K | T | | | | | |
| 12. Ohio St Bldg At Adult - 5.5% Due 10/01/09 | D | Interest | M | T | | | | | |
| 13. Clark County Ohio Bond-3.75%-Due 12/01/09 | B | Interest | L | T | | | | | |
| 14. South-Western City Sch-4.75%-Due 12/01/09 | A | Interest | K | T | | | | | |
| 15. Ohio St Infrastructure - 5.75% Due 02/01/14 | B | Interest | K | T | | | | | |
| 16. Ohio ST Rev Major Infrastructure-5.00%-Due 06/15/10 | A | Interest | J | T | | | | | |
| 17. Wayne County OH -Due12/01/10-4% | C | Interest | L | T | Buy | 12/02 | L | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ohio St Site Dev - 3.4% Due 05/01/11 | C | Interest | L | T | | | | | |
| 19. Ohio St Hwy Cap Imp-4% due 05/01/11 | A | Interest | K | T | Buy | 04/28 | K | | |
| 20. Cincinnati Water SYS-5.00%-Due 12/01/20 | C | Interest | M | T | | | | | |
| 21. Ohio St WTR DEV Auth - 5.25% Due 06/01/11 | C | Interest | L | T | | | | | |
| 22. Toledo OH CAP IMPR D - 4% Due 12/01/18 | B | Interest | K | T | | | | | |
| 23. Capital One Bond-Due09/24/09-3.5% | B | Interest | L | T | Buy | 09/18 | K | | |
| 24. Western Asset Managed Muns Fd-Formerly Managed Muny Port. | C | Interest | L | T | | | | | |
| 25. Bank of America-6.204%-Series D PFD | B | Interest | K | T | Buy | 07/11 | K | | |
| 26. Ohio ST Site Dev - 3.35% Due 05/01/08 | C | Interest | | | Matured | 05/01 | L | | |
| 27. Olentangy Local SD - 3.25% Due 12/01/08 | C | Interest | | | Matured | 12/01 | L | | |
| 28. Evergreen Muni Money Market Fund | A | Dividend | J | T | Buy | 12/31 | J | | |
| 29. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | K | T | Sold (part) | 09/24 | J | | |
| 30. CMA OH Muni Cash Fd | A | Interest | | | Transferred (to line 26) | 07/25 | | | |
| 31. Evergreen Muni Money Market Fund | A | Dividend | J | T | Transferred (from line 26) | 07/25 | | | |
| 32. Clark County Ohio Bond-3.75%-Due 12/01/09 | C | Interest | M | T | | | | | |
| 33. CD-GE Money Bk-3.5% due 09/25/09 | B | Interest | L | T | Buy | 09/18 | L | | |
| 34. Merrill Lynch Bank USA Money Market Account | A | Interest | J | T | Transferred (to line 29) | 07/25 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Wachovia Money Market Fund | B | Dividend | L | T | Transferred (from line 28) | 07/25 | | | |
| 36.  Astropower, Inc. | | None | J | T | | | | | |
| 37.  Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 38.  Capstone Turbine Corp | | None | J | T | | | | | |
| 39.  Electrosource, Inc. | | None | J | T | | | | | |
| 40.  Energy Conversion Device | | None | J | T | | | | | |
| 41.  Plug Power, Inc. | | None | J | T | | | | | |
| 42.  Powershares QQQ ETF-Series 1-Formerly NASDAQ 100 Mutual Fund | A | Dividend | J | T | | | | | |
| 43.  Red Hat, Inc. | | None | J | T | | | | | |
| 44.  Sourceforge-Formaly VA software Corp. | | None | J | T | | | | | |
| 45.  DaimlerChrysler NA Hldg - 6.1% Due 07/15/09 | C | Interest | K | T | | | | | |
| 46.  HSBC Finance Corp - 5.7% Due 07/15/09 | C | Interest | L | T | | | | | |
| 47.  Genl Motors Accept Corp - 5% Due 09/15/09 | B | Interest | K | T | | | | | |
| 48.  Ford Motor Credit Co - 5% Due 09/21/09 | B | Interest | K | T | | | | | |
| 49.  Federal Natl Mtg Assoc - Various Int. rates - Due 03/24/11 | C | Interest | | | Matured | 01/14 | K | | |
| 50.  Federal Natl Mtg Assoc - Various Int. rates - Due 12/30/09 | C | Interest | | | Matured | 01/10 | L | | |
| 51.  Fannie Mae-4%-due 07/23/15 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 05/09/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CD GMAC BK Midvale UT - 5% Due 04/09/09 | C | Interest | L | T | | | | | |
| 53. CD BMW BK of North America - 5.35% Due 07/06/09 | B | Interest | K | T | | | | | |
| 54. CD Capital One-4.15% due 07/23/09 | B | Interest | L | T | Buy | 01/14 | K | | |
| 55. CD Washington Mutual BK-4.35%-Due 12/11/09 | C | Interest | L | T | | | | | |
| 56. CD Acadia Ded SB-4.3%-Due 12/14/09 | B | Interest | K | T | | | | | |
| 57. CD Bank Hapoalim BM-5%-Due 05/14/15 | B | Interest | K | T | Buy | 04/24 | K | | |
| 58. Bank of America Bd-6.204& -Due 09/15/11 | B | Interest | K | T | Buy | 07/1 | K | | |
| 59. DN Rabobank Natl Assoc - 5% Due 10/19/09 | C | Interest | | | Redeemed | 04/21 | L | | |
| 60. Merrill Lynch Bank USA Money Market Fund | B | Interest | | | Transferred (to line 55) | 07/25 | J | | |
| 61. Wachovia Money Market Fund | A | Dividend | J | T | Transferred (from line 28) | 07/25 | J | | |
| 62. Premier Bk Cd - 4.95% Due 09/02/08 | B | Interest | | | Matured | 09/02 | K | | |
| 63. CD-Pacific Cap Bk-4.25% due 03/14/11 | B | Interest | K | T | Buy | 03/14 | K | | |
| 64. CD-Wachovia Bk-4.55% due 09/12/11 | B | Interest | K | T | Buy | 09/12 | K | | |
| 65. CD-Wachovia Bk-4.75% due 09/12/12 | B | Interest | K | T | Buy | 09/12 | K | | |
| 66. AIM Constellation Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 67. Note Receivable-Benevolent Landlord | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, page 1, line 3: The date of the appraisal was November 30, 2007 with an valuation date of December 20, 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  *11-09*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544